CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar Number 14853
RICHARD ANTHONY LOPEZ
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6336 / Fax: 702.388.6418
tony.lopez@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JOSEPH YANO,<br>  aka "Jozef,"<br><br>  Defendant. | Case No. 2:02-cr-326-JCM-VCF-21<br><br>**Motion to Dismiss the Indictment as to Defendant Joseph Yano** |

On June 11, 2002, a federal grand jury returned an Indictment charging 21 defendants, including Joseph Yano, also known as "Jozef," with one count of Conspiracy, in violation of 18 U.S.C. § 371, based on conduct occurring between October 2000 and December 2001. (ECF 1.) More than 18 years later, Defendant Yano (the only remaining defendant in the above-captioned case) has yet to make an appearance in this District on the charge against him.

/ / /

/ / /

/ / /

/ / /

/ / /

Pursuant to Federal Rule of Criminal Procedure 48(a), the Government now requests permission of the Court to dismiss the Indictment as to Defendant Yano.

Respectfully submitted this 14th day of April, 2021.

CHRISTOPHER CHIOU
Acting United States Attorney

*s/* Richard Anthony Lopez
RICHARD ANTHONY LOPEZ
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOSEPH YANO,<br>　　aka "Jozef,"<br><br>　　　　Defendant. | Case No. 2:02-cr-326-JCM-VCF-21<br><br>**Order Granting<br>Motion to Dismiss the Indictment<br>as to Defendant Yano** |

Pursuant to Federal Rule of Criminal Procedure 48(a), and upon leave of Court, the United States hereby dismisses the Indictment against Defendant Joseph Yano.

　　　　　　　　　　　　　　　　　　　　CHRISTOPHER CHIOU
　　　　　　　　　　　　　　　　　　　　Acting United States Attorney

　　　　　　　　　　　　　　　　　　　　*s*/Richard Anthony Lopez
　　　　　　　　　　　　　　　　　　　　RICHARD ANTHONY LOPEZ
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

Leave of Court is granted for the filing of the above dismissal.

DATED April 19, 2021.

_____
HONORABLE JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE